Council from the Huyen case here. Come up here, please. Has that case been settled? The Guarantee Fund instructed me to pay the award, dismiss the opinion. I can't hear you. The Guarantee Fund stated they were going to pay the award and they instructed me to dismiss the appeal yesterday morning. So are you making the motion to dismiss the appeal now? Yes. We filed in the Second District yesterday morning and I have copies. For my benefit, what is your name again? I'm General Cooper on behalf of the Guarantee Fund. We've gone to enter an order dismissing the appeal. Thank you, Your Honor. Thank you.